IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR192 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| MEGGAN IDE, | ) | |
| Defendant | ) | |

This matter is before the Court on the defendant's Unopposed Motion to Continue Trial [45]. For the reasons set forth in the motion and for good cause shown, the motion to continue is granted. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [45] is granted, in part[1] as follows:

1. The jury trial, now set for October 29, 2024, is continued to **November 19, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 19, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the defendant continuity of counsel or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(7)(A) & (B)(iv).

**DATED: September 26, 2024.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**

---

[1] The Court recognizes that the defendant requests a continuance of 30-days; an additional continuance beyond November 19, 2024, may be requested by further motion, if necessary.