## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR192** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **MEGGAN IDE,** | ) | |
| **Defendant** | ) | |

     This matter is before the Court on the defendant's Unopposed Motion to Continue Trial [50]. For the reasons set forth in the motion and for good cause shown, the motion to continue is granted. Accordingly,

     **IT IS ORDERED** that the Unopposed Motion to Continue Trial [50] is granted, in part as follows:

1. The jury trial, now set for January 21, 2025 is continued to **February 25, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 25, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the defendant continuity of counsel or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: January 10, 2025**

                                                        **BY THE COURT:**

                                                        **s/ Michael D. Nelson**
                                                        **United States Magistrate Judge**