IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MEGGAN IDE,<br><br>          Defendant. | 8:23-CR-192<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 88. Having reviewed the record in this case, the Court finds as follows:

1. On May 20, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in the Nebraska Nursing License (Number 74244). Filing 73.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 24, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on July 25, 2025. Filing 87.

3. The Government advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 88, is granted;

2. All right, title, and interest in and to the Nebraska Nursing License (Number 74244) seized from the defendant held by any person or entity are forever barred and foreclosed;

3. Nebraska Nursing License (Number 74244) is forfeited to the Government; and

4. The Government is directed to dispose of Nebraska Nursing License (Number 74244) in accordance with the law.

Dated this 12th day of November, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge